IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00298-DDD-CYC

YAO LE,

      Applicant,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of
Homeland Security;
TODD BLANCHE, Acting U.S. Attorney General;
TODD LYONS, Director of U.S. Immigration and Customs
Enforcement;
KELEI WALKER, Field Office Director for Detention and Removal,
U.S. Immigration and Customs Enforcement;
U.S. DEPARTMENT OF HOMELAND SECURITY; and
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting
Writ of Habeas Corpus, filed May 11, 2026, and the Order, filed May 15, 2026, by the
Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated
herein by reference as if fully set forth, it is hereby

ORDERED that the Petition and Complaint for Writ of Habeas Corpus, Doc. 1, is
GRANTED. It is further

ORDERED that respondents must immediately release Petitioner Yao Le from

detention subject to appropriate terms of supervision.

DATED at Denver, Colorado this 15th day of May, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk